LAWRENCE G. BROWN
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $8,960.00 IN U.S. CURRENCY,<br><br>    Defendant. | 1:09-CV-01070-LJO-GSA<br><br>**STIPULATION TO STAY CASE AND TO VACATE SCHEDULING CONFERENCE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimant Ali Reza Miller as follows:

1. Claimant Ali Reza Miller is presently facing federal criminal charges in the Eastern District of California, *United States v. Dominic Ducas, et al.*, 1:09-CR-00036-LJO, allegedly relating to transactions or events which form the basis for this civil forfeiture action.

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related criminal case and/or upon Claimant Ali Reza Millers' right against self-incrimination in the related federal criminal case.

3. Publication of the civil forfeiture action has been completed and to date only Ali Reza Miller has filed a claim and answer, or otherwise appeared in this action.

STIPULATION TO STAY CASE AND TO VACATE
SCHEDULING CONFERENCE; ORDER THEREON

THEREFORE, the parties to this action stipulate and request as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action be stayed pending the conclusion of the federal criminal action presently pending against Ali Reza Miller in the Eastern District of California; and,

2. The Scheduling Conference in the civil case scheduled for October 13, 2008 at 10:00 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin be vacated.

3. The parties are to promptly notify the Court when the criminal case resolves.

IT IS SO STIPULATED.

Dated: September 30, 2009                LAWRENCE G. BROWN
                                         United States Attorney


                                          /s/ Deanna L. Martinez
                                         DEANNA L. MARTINEZ
                                         Assistant United States Attorney


Dated: October 1, 2009                    /s/ Ali Reza Miller
                                         ALI REZA MILLER
                                         Claimant In Propia Persona
                                         (Original signature retained by attorney)


Dated: October 1, 2009                    /s/ Harry M. Drandell
                                         HARRY M. DRANDELL
                                         Appointed Defense Counsel for Claimant
                                         Ali Reza Miller in related criminal case
                                         1:09-CR-00036-LJO
                                         (Original signature retained by attorney)

**ORDER**

The Initial Scheduling Conference set for **October 13, 2009, at 10:00 a.m.** is vacated and the matter is stayed pursuant to the instant stipulation.

IT IS SO ORDERED.

Dated:   **October 6, 2009**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION TO STAY CASE AND TO VACATE
SCHEDULING CONFERENCE; ORDER THEREON