IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 09-1070 LJO GSA |
| Plaintiff, | **NOTICE OF INTENT TO CLOSE ACTION** |
| vs. | |
| APPROXIMATELY $8,960 IN U.S. CURRENCY, | |
| Defendant. | |
| _____ / | |

Given the inactivity in this action, this Court will close this action, unless no later than March 14, 2012, papers are filed and served showing good cause not to close this action.

IT IS SO ORDERED.

**Dated:   March 5, 2012**                     /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE