BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CV-01070-LJO-GSA |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | **AND ORDER VACATING** |
| v. ) | **SCHEDULING CONFERENCE** |
| ) | |
| APPROXIMATELY $8,960.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

NOTICE IS HEREBY GIVEN that the parties have agreed to settle this civil forfeiture action. The parties shall file the final dispositional documents pursuant to Local Rule 160. The Scheduling Conference set for April 30, 2012 should be vacated as moot.

                                      Respectfully submitted,

Dated: April 16, 2012                    BENJAMIN B. WAGNER
                                              United States Attorney


                                       /s/ Heather Mardel Jones
                                       HEATHER MARDEL JONES
                                       Assistant United States Attorney


Dated: April 13, 2012                    /s/ Harry M. Drandell
                                              HARRY M. DRANDELL
                                             Attorney for Claimant Ali Reza Miller
                                             (Original signature retained by attorney)

**ORDER**

Based on the Notice of Settlement, this court hereby vacates the April 30, 2012 Scheduling Conference and hereby orders that the final dispositional documents in this case be filed pursuant to Local Rule 160.

IT IS SO ORDERED.

Dated:   **April 17, 2012**                         **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE