BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $8,960.00 IN U.S. CURRENCY, <br><br> Defendant. | 1:09-CV-01070-LJO-GSA <br><br> **FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the defendant approximately $8,960.00 in U.S. Currency (hereafter "defendant currency") seized on or about January 14, 2009.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 17, 2009, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On June 19, 2009, the Clerk issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on June 29, 2009.

4. Beginning on June 24, 2009, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following

individuals:

    a. Ali Reza Miller

    b. Tanya Miller

    c. Harry M. Drandell, attorney

6. On July 24, 2009, Ali Reza Miller filed a Verified Claim of Ali Reza Miller and filed his Verified Answer to Complaint for Forfeiture *In Rem* on August 13, 2009.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Tanya Miller on August 20, 2009. Pursuant to Local Rule 540, the United States and Claimant Ali Reza Miller joined in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Tanya Miller.

8. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimant Ali Reza Miller, potential claimant Tanya Miller, and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture herein, $8,060.00 of the defendant approximately $8,960.00 in U.S. Currency, together with any interest that has accrued on the entire $8,960.00, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $900.00 of the defendant approximately $8,960.00 in U.S. Currency shall be returned to Claimant Ali Reza Miller through his attorney Harry M. Drandell, Law Offices of Harry M. Drandell, 1221 Van Ness Avenue, Suite 450, Fresno, California 93721,

telephone (559) 442-8888.

5. That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on June 17, 2009, the Court finds that there was probable cause for arrest and seizure of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorneys fees.

8. The U.S. District Court for the Eastern District of California, Hon. Lawrence J. O'Neill, District Court Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS ___ day of _____, 2012.

_____
LAWRENCE J. O'NEILL
United States District Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed June 17, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the

///

///

///

1 | seizure or arrest of the defendant currency, and for the commencement and prosecution of
2 | this forfeiture action.

IT IS SO ORDERED.

Dated:   **April 17, 2012**                              **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE